THE STATE *v.* DUNN.

*Monday,
June 13.*

ERROR to the *Marion* Circuit Court.

STUART, J.—This was an indictment for retailing spirit-uous liquors without license.   Motion to quash sustained.

We are not advised what objection to the indictment was made in that Court.   Nor, on examination, can we see any serious objection to it.   We think the motion to quash should have been overruled.

*Per Curiam.*—The judgment is reversed with costs.

*D. S. Gooding*, for the state.

*H. O'Neal*, for the defendant.